UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Behnam Goorakani, | |
|                   Plaintiff(s), | 25-CV-9346 (DEH) |
|       v. | ORDER |
| Todd M. Lyons et al., | |
|                   Defendant(s). | |

DALE E. HO, United States District Judge:

    For the reasons stated in this Court's Opinion and Order in *Lopez Benitez v. Francis*, --- F. Supp. 3d ---, 2025 WL 2371588 (S.D.N.Y. August 13, 2025), and in light of Respondents' concession that *Lopez Benitez* "would control the result in this case if the Court adheres to [it]," *see* ECF No. 12 at 3, it is hereby **ORDERED** that the Petition is **GRANTED** and that Petitioner be released from custody no later than 5 p.m. on November 24, 2025. The conference previously scheduled for November 25, 2025 is cancelled. Respondents shall certify compliance with this Order with a filing on the docket. An opinion will follow.

SO ORDERED.

Dated: November 23, 2025
       New York, New York

                                                              DALE E. HO
                                                              United States District Judge