UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Behnam Goorakani, | |
|                 Plaintiff(s), | 25-CV-9456 (DEH) |
|     v. | |
| Todd M. Lyons, | ORDER |
|                 Defendant(s). | |

DALE E. HO, United States District Judge:

On November 23, 2025, this Court granted Petitioner's Petition for Habeas relief and ordered Petitioner to be released from custody by no later than 5 p.m. on November 24, 2025. ECF No. 14. The Court further ordered Respondents to certify compliance with a filing on the docket. To date, no certification of compliance has been filed. It is hereby **ORDERED** that the parties shall file a joint status update no later than 5 p.m. on November 26, 2025.

SO ORDERED.

Dated: November 25, 2025
        New York, New York

                                              DALE E. HO
                                          United States District Judge