UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEHNAM GOORAKANI,<br><br>    Petitioner,<br><br>   v.<br><br>TODD M. LYONS, et al.,<br><br>    Respondents. | 25 Civ. 9456 (DEH) |
| RONALD ALEXANDER MEJIA SEGOVIA,<br><br>    Petitioner,<br><br>   v.<br><br>WILLIAM P. JOYCE, et al.,<br><br>    Respondents. | 25 Civ. 9551 (DEH) |
| E.M.M.,<br><br>    Petitioner,<br><br>   v.<br><br>JUDITH ALMODOVAR, et al.,<br><br>    Respondents. | 25 Civ. 9592 (DEH) |
| CHAONAN PANG,<br><br>    Petitioner,<br><br>   v.<br><br>JUDITH ALMODOVAR, et al.,<br><br>    Respondents. | 25 Civ. 9952 (DEH)<br><br>JUDGMENT |

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 15, 2025, Mr. Goorakani's, Mr. Mejia Segovia's, E.M.M.'s, and Mr. Pang's Petitions are GRANTED. Respondents are further ENJOINED from re-detaining Petitioners without a valid exercise of discretion consistent with this Order. Cf Hyppolite v. Noem, 25 Civ. 4304, 2025 WL 2829511, at *16 (E.D.N.Y. Oct. 6, 2025). It is further ORDERED that Respondents are ENJOINED from denying bond to Petitioners in any subsequent proceeding on the basis that they must be detained pursuant to: (1) 8 U.S.C. § 1225(b), or (2) 8 U.S.C. § 1226(c) absent a change in relevant circumstances consistent with this Order; and it is further ORDERED that, if Petitioners are granted bond, Respondents are ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2). Order, Aguilar Lares v. Bondi, No. 25-CV-01562 (E.D. Va. Oct. 29, 2025), Dkt. No. 19. Counsel for Petitioners may file applications for attorney's fees and costs pursuant to 5 U.S.C. § 504 and 28 U.S.C. § 2412 within the time provided by the Local Rules.

**DATED:**  New York, New York
December 17, 2025

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

BY:    *Negam Dulal*

_____

**Deputy Clerk**